## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                       )
                                             )
JOSEPH J. AZZARO                             )    Bankruptcy Case No. 05-20952 HRT
SSN: XXX-XX-9972                             )    Chapter 11
                                             )
                    Debtor.                  )

### ORDER DISMISSING CHAPTER 11 CASE

All property of the estate having been distributed in accordance with the agreement of the parties and good cause appearing therefor:

IT IS HEREBY ORDERED:

The above-entitled case is dismissed.

Dated: December 14, 2007

By the Court

Howard Tallman
United States Bankruptcy Judge

01913.02\S\S1\DismissOrder.wpd